**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ __District Of Illinois Northern_____
                 (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Woodlawn Community Development

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  3 6 – 2 7 4 7 7 4 3

4. **Debtor's address**

   **Principal place of business**

   6040 S. Harper Ave., 1st Floor
   Number     Street

   Chicago     IL     60637
   City     State     ZIP Code

   COOK
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City     State     ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __Woodlawn Community Development_____  Case number *(if known)*_____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br><br>☒ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                        MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                        MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                              MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    Woodlawn Community Development                            Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

[X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[X] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
Number    Street

_____

_____    _____    _____
City                                      State    ZIP Code

**Is the property insured?**

[ ] No

[ ] Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

[X] Funds will be available for distribution to unsecured creditors.

[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[X] 1-49
[ ] 50-99
[ ] 100-199
[ ] 200-999

[ ] 1,000-5,000
[ ] 5,001-10,000
[ ] 10,001-25,000

[ ] 25,001-50,000
[ ] 50,001-100,000
[ ] More than 100,000

**15. Estimated assets**

[ ] $0-$50,000
[ ] $50,001-$100,000
[ ] $100,001-$500,000
[ ] $500,001-$1 million

[ ] $1,000,001-$10 million
[ ] $10,000,001-$50 million
[X] $50,000,001-$100 million
[ ] $100,000,001-$500 million

[ ] $500,000,001-$1 billion
[ ] $1,000,000,001-$10 billion
[ ] $10,000,000,001-$50 billion
[ ] More than $50 billion

Debtor  Woodlawn Community Development  
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/23/2018  
MM / DD / YYYY

X _/s/ Leon Finney, Jr._  
Signature of authorized representative of debtor

Leon Finney, Jr.  
Printed name

Title  President & CEO

**18. Signature of attorney**

X _/s/ David R. Herzog_  
Signature of attorney for debtor

Date  10-23-2018  
MM / DD / YYYY

David R. Herzog  
Printed name

Herzog & Schwartz, P.C.  
Firm name

77 West Washington Street, Suite 1400  
Number   Street

Chicago                IL    60602  
City                   State  ZIP Code

(312) 977-1600                   drhlaw@mindspring.com  
Contact phone                    Email address

01203681              IL  
Bar number            State