**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **WOODLAWN COMMUNITY** | ) | **Case No. 18-29862** |
| **DEVELOPMENT CORP., an Illinois** | ) | |
| **not for profit corporation,** | ) | **Hon. Carol A. Doyle** |

## NOTICE OF EMERGENCY MOTIONS

To: See Attached Service List

    YOU ARE HEREBY NOTIFIED that on October 25, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, United States Courthouse, 219 South Dearborn, Room 742, Chicago, IL, and then and there present the following pleadings, which are available on the Court's electronic docket and are attached hereto:

    a)    Motion of the Debtor for Entry of an Order Pursuant to Sections 105(a), 345 and 363 of the Bankruptcy Code Authorizing the Debtor to Maintain and Use an Existing Payroll Account Solely For the Purpose of Disbursing its Bi Monthly Payroll; and

    b)    Motion for Entry of an Order (I) Authorizing the Debtor to Pay or Honor Certain Pre-petition Obligations for (A) Wages, Salaries, Accrued Vacation, and Other Compensation, and (B) Employee Medical and Similar Benefits, and (Ii) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests.

Dated: October 24, 2018

                                                                          WOODLAWN COMMUNITY
                                                                          DEVELOPMENT CORP., an Illinois not for profit corporation

                                                                          By:   /s/ David R. Herzog

David R. Herzog
Herzog & Schwartz PC.
Attorneys for Debtor
77 W. Washington St. #1400
Chicago, Illinois 60602
(312) 977-1600

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **WOODLAWN COMMUNITY** | ) | **Case No. 18-29862** |
| **DEVELOPMENT CORP., an Illinois** | ) | |
| **not for profit corporation,** | ) | **Hon. Carol A. Doyle** |

### PROOF OF SERVICE

To:   See attached Service List

    The undersigned, an attorney, certifies that he caused to be served a copy of the aforementioned instruments on the attached service list, via the manner indicated theron, on this 24th day of October, 2018.

                                                                                    By:   /s/ David R. Herzog

**SERVICE LIST**

**VIA FAX**

United States Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
Fax No. (312) 886-5794

Applied Real Estate Analysis, Inc.
914 South Wabash
Chicago, IL 60606
Fax No. (312) 461-0015

City of Chicago
Department of Finance - Utility Bills
P.O. Box 6330
Chicago, IL 60680-6330
Fax No. (312) 744-4149

City of Chicago
Department of Finance - Citations
121 N. LaSalle Street
P.O. Box 88292
Chicago, IL 60602
Fax No. (312) 744-4149

Chicago Housing Authority
60 E. Van Buren Ave.
Chicago, IL 60605
Fax No. (312) 913-7725

Chicago Regional Council of Carpenters
Pension Fund
c/o McJessy Ching & Thompson, LLC
3759 N. Ravenswood, #231
Chicago, IL 60613
Fax No. (773) 880-1265

Geraldine Finkley
c/o Conway Law Office PC
77 W. Washington, #1113
Chicago, IL 60602
Fax No. (312) 782-3552

Glenview Financial Services
c/o Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Rd., #100
Glenview, IL 60025
Fax No. (224) 260-3089

Illinois Department of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680
Fax No. (312) 793-6296

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035
Fax No. (217) 524-0526

Infinity HR
3905 National Dr., Suite 400
Burtonsville, MD 20866
Fax No. (240) 722-6360

Insurance Company of the West
c/o Law Offices of T. Scott Leo, P.C.
1 N. LaSalle St., Suite 3600
Chicago, IL 60602
Fax No. (312) 857-1240

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Fax No. (855) 235-6787

IPFS Corporation
462 South 4th St., #1700
Meldinger Tower
Louisville, KY 40202-2509
Fax No. (502) 561-9995

Jeffrey W. Henning
Ziemer, Stayman, Weitzel & Shoulders, LLP
P.O. Box 916
Evansville, IN 47706-0916
Fax No. (812) 421-5089

Lakeside Bank
1350 S. Michigan
Chicago, IL 60605
Fax No. (312) 225-0139

Laner Muchin
515 North State Street, Suite 2800
Chicago, IL 60654-4688
Fax No. (312) 467-9479

LM Insurance Corporation
c/o The CKB Firm
30 N. LaSalle St., #1520
Chicago, IL 60602
Fax No. (312) 704-8515

Local Initiatives Support Corporation
501 Seventh Avenue, 7th Floor
New York, New York 10018
Fax No. (212) 687-1396

Maciorowski, Sackman, Ulrich, LLP
105 W. Adams St., #2200
Chicago, IL 60603
Fax No. (312) 627-0873

Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., #350
Chicago, IL 60654
Fax No. (312) 751-0438

Municipal Elevator Services
c/o Frederick A. Lurie
123 N. Wacker, #250
Chicago, IL 60606
Fax No. (312) 553-0551

Neal & Leroy
20 S. Clark St., #2050
Chicago, IL 60603
Fax No. (312) 641-5137

Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Fax No. (202) 585-8080

Robert B Groholski/Zefreen Husain
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
Fax No. (312) 876-1155

Supreme Technologies Group
814 E. 87th St.
Chicago, IL 60619
Fax No. (888) 802-4187

Synergy Coverage Solutions
217 South Tryron Street
Charlotte, NC 28202
Fax No. (704) 927-2867

World Security Bureau
c/o Lysinski & Associates PC
4418 N. Milwaukee Ave.
Chicago, IL 60630
Fax No. (773) 777-5888

United Fidelity Bank, fsb
Attn: Commercial Lending
18 N.W. Fourth Street
Evansville, IN 47708
Fax No. (812) 421-2931

**VIA EMAIL**

Billy McGhee
Chicago, Illinois
b.mchgee@wcdc-chicago.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **WOODLAWN COMMUNITY** | ) | **Case No. 18-29862** |
| **DEVELOPMENT CORP., an Illinois** | ) | |
| **not for profit corporation,** | ) | **Hon. Carol A. Doyle** |
| | ) | |
| **Debtor.** | ) | |

**MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO PAY OR HONOR CERTAIN PRE-PETITION OBLIGATIONS FOR (A) WAGES, SALARIES, ACCRUED VACATION, AND OTHER COMPENSATION, and (B) EMPLOYEE MEDICAL AND SIMILAR BENEFITS, AND (II) DIRECTING FINANCIAL INSTITUTIONS TO HONOR ALL RELATED CHECKS AND ELECTRONIC PAYMENT REQUESTS**

WOODLAWN COMMUNITY DEVELOPMENT CORP. ("WCDC"), as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case, hereby moves the Court pursuant to Sections 363(b), 363(c), 507(a)(4), 507(a)(5), 541(b), 1107(a), 1108, and 1129(a)(9)(B) of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order, substantially in the form of the attached Exhibit A, (i) authorizing, but not directing, the Debtor to pay in the ordinary course of business certain prepetition wages, salaries, other compensation and employee medical and similar benefits and (ii) authorizing, but not directing, the Debtor to honor employee medical and similar benefits, and (iii) directing financial institutions to receive, process, honor, and pay all checks presented for payment and electronic payment requests relating to the foregoing. In support of this Motion, the Debtor states as follows:

## JURISDICTION

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.  On October 22, 2018, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As set forth in the Declaration of Dr. Leon Finney, Jr., CEO of WCDC, in Support of First Day Pleadings (the "Finney Declaration"), the Debtor has operated an Illinois not for profit community based organization which has owned and managed low and moderate income housing primarily on the south side of Chicago.. Additional information regarding the Debtor is set forth in the Finney Declaration, which is incorporated herein by reference.

3.  In connection with its operations, the Debtor employs approximately 177 employees (collectively, the "Employees").

4.  The Employees perform a wide variety of functions that are critical to the Debtor's operations. Additionally, the Employees' skills and knowledge are essential to an effective reorganization of the Debtor's business.

5.  Debtor pays it employees on a bi-monthly basis. The next payroll is scheduled for October 30, 2018. Because the Debtor filed its voluntary petition on October 24, 2018, employees will be entitled to compensation based, in part, on prepetition work and expenses. With respect to each employee, none of the pre-petition wages exceed the sum of $12,850. A copy of the payroll expenses for the upcoming payroll is attached hereto as Exhibit "B".

**BASIS FOR RELIEF REQUESTED**

6. To avoid a disruption in its workforce, the Debtor seeks authority, but not direction, to (i) pay Employees any pre-petition Wages which do not to exceed the aggregate amount of $12,850, (ii) pay Employees standard Benefits, whether accrued pre-petition, and (iii) forward any amounts due on account of pre or post-petition Withholding to any applicable taxing authorities or other third party recipients, as applicable.

7. Additionally, the Debtor requests that financial institutions be directed to receive, process, honor, and pay all checks presented for payment and electronic payment requests related to the foregoing, regardless of whether issued pre or post-petition.

8. The ability to compensate the Employees in the ordinary course of business is critical to the Debtor's reorganization efforts. Additionally, this relief is consistent with sections 363(c) and 1108 of the Bankruptcy Code, which authorize the continued operation of the Debtor in the ordinary course of business. This relief has been routinely entered in this district. See, e.g., In re Neumann Homes, Inc., No. 07-20412 (Bankr. N.D. Ill. Nov. 21, 2007), In re Enesco Group, Inc., No. 07-00565 (Bankr. N.D. Ill. Jan. 12, 2007), In re Serv. Web Offset Corp., No. 06-16700 (Bankr. N.D. Ill. Dec. 21, 2006).

9. The Debtor believes that the above-referenced items would be entitled to administrative priority under sections 507(a)(4) and (a)(5) of the Bankruptcy Code. Accordingly, payment of the items set forth herein would not be extraordinary or inappropriate.

10. Turnover of the Withholding is also required by applicable non-bankruptcy law.

11. If the Employees do not receive the payments contemplated herein, the Debtor risks an immediate disruption in its workflow, which could compromise the value of the estate and adversely affect the Debtor and its creditors.

12. The Debtor has the ability to pay all of the obligations described herein in the ordinary course of business. Additionally, under the Debtor's existing cash management system,

the Debtor has the ability to readily identify all obligations described herein and therefore ensure that only those obligations that are appropriate are honored.

## IMMEDIATE EFFECT

13. The Debtor requests that any order granting the relief sought herein be effective immediately and that the stay imposed by Federal Rule of Bankruptcy Procedure 6004(g) be waived.

## REQUEST FOR RELIEF

WHEREFORE, the Debtor respectfully requests that the Court enter an order substantially in the form of the attached Exhibit A (i) authorizing, but not directing, the Debtor to pay in the ordinary course of business certain prepetition wages, salaries, other compensation, (ii) authorizing, but not directing, the Debtor to honor employee medical and similar benefits, (iii) directing financial institutions to receive, process, honor, and pay all checks presented for payment and electronic payment requests relating to the foregoing, and (iv) granting such other relief as the Court deems just and appropriate.

Dated: October 24, 2018.	WOODLAWN COMMUNITY
	DEVELOPMENT CORP.


	By: */s/ David R. Herzog*
	      One of its attorneys


David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Debtor
77 West Washington Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 977-1700
drhlaw@mindspring.com