## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODLAWN COMMUNITY DEVELOPMENT CORP., | ) Case No. 18-29862 |
| | ) Honorable Donald R. Cassling |
| Debtor. | ) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **December 7, 2021 at 09:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that Judge's place, and present *Motion for Entry of an Order Approving Settlement Agreement with Certain Adversary Defendants Pursuant to Bankruptcy Rule 9019(a)*, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: November 12, 2021

**GINA B. KROL, not individually but solely as Chapter 11 Trustee of the estate of Woodlawn Community Development Corporation**

By: /s/ Shelly A. DeRousse
    One of Her Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6520
sderousse@freeborn.com
ejanczak@freeborn.com

# CERTIFICATE OF SERVICE

I, Shelly A. DeRousse, an attorney, do hereby certify that on November 12, 2021, I caused true and correct copies of the *Notice of Motion* and *Motion for Entry of an Order Approving Settlement Agreement with Certain Adversary Defendants Pursuant to Bankruptcy Rule 9019(a)* to be filed electronically with the Court and served upon the following parties by the manners listed.

/s/ Shelly A. DeRousse

## CM/ECF Service List (Notice and Motion)

| | |
|---|---|
| Jonathan E Aberman | jaberman@dykema.com, docketCH@dykema.com |
| Jamie L Burns | jburns@lplegal.com, ikropiewnicka@lplegal.com; rwilliamson@lplegal.com |
| David E Cohen | dcohen@fishercohen.com |
| Jeffrey C Dan | jeffd@goldmclaw.com |
| Daniel P. Dawson | ddawson@nisen.com, adrag@nisen.com |
| David DeCelles | david.decelles@usdoj.gov |
| Maria A Diakoumakis | mdiakoumakis@dykema.com, DocketCH@dykema.com, bmederich@dykema.com |
| Thomas F Falkenberg | tff@falkenbergives.com, ag@falkenbergives.com |
| Frances Gecker | fgecker@fgllp.com, csmith@fgllp.com |
| David A. Golin | david.golin@saul.com |
| Richard D. Grossman | rgat135@gmail.com, bfahy2001@yahoo.com; rgat135@aol.com |
| Cynthia B Harris | cbharris@thecha.org, aespinol@thecha.org |
| Jeffrey W Henning | jhenning@zsws.com, cflester@zsws.com |
| David R Herzog | drhlaw@mindspring.com, herzogschwartz@gmail.com |
| Harold D. Israel | hisrael@lplegal.com, ikropiewnicka@lplegal.com; bdroca@lplegal.com; jburns@lplegal.com; tmassat@lplegal.com |
| Charles A King | chuck.king@cityofchicago.org |
| Jeremy C Kleinman | jkleinman@fgllp.com, mmatlock@fgllp.com; csmith@fgllp.com; csucic@fgllp.com |
| Gina B Krol | gkrol@cohenandkrol.com, gkrol@ecf.axosfs.com; gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com |
| Gina B Krol | gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Kevin H Morse | kmorse@clarkhill.com |
| N. Neville Reid | nreid@foxswibel.com, bkdocket@foxswibel.com |
| Bruce C Scalambrino | bcs@sacounsel.com |
| Arthur G Simon | asimon@cranesimon.com, sclar@cranesimon.com; slydon@cranesimon.com |

| | |
|---|---|
| Gregg J Simon | gjs@sacounsel.com |
| Mario A Sullivan | mario@johnsonsullivan.com |
| Kenneth M Thomas | kthomas@foxswibel.com, bhenderson@foxswibel.com; docket@foxswibel.com |
| Andrew Q Tonelli | atonelli@freeborn.com |
| STEVE VARHOLA | steve@lymanlawus.com |
| Steven L Vanderporten | svanderporten@foxswibel.com, bkdocket@foxswibel.com |
| Stephen G Wolfe | steve.g.wolfe@usdoj.gov |

**U.S. Mail Service List (Notice Only)**

See attached mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-29862<br>Northern District of Illinois<br>Eastern Division<br>Fri Nov 12 14:47:18 CST 2021 | 83rd & Halsted Self Storage, Inc.<br>8316 S Birkhoff Ave.<br>Chicago, IL 60620-1914 | AT&T Corp.<br>%AT&T Services, Inc<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Jonathan E Aberman<br>Dykema Gossett PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606-7439 | African American Leadership Partnership<br>4100S King Dr<br>Chicago, IL 60653-2616 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Anchor House LP<br>1230 W 76th St<br>Chicago, IL 60620-3795 | Antonio Thomas<br>Aleksy Belcher<br>350 N. LaSalle St. Ste. 750<br>Chicago, IL 60654-1617 | Applied Real Estate Analysis, Inc.<br>914 South Wabash<br>Chicago, IL 60605-2205 |
| BILLY MCGHEE<br>4910 S MICHIGAN AVE<br>CHICAGO, IL 60615-2111 | Billy McGhee<br>640 S<br>Chicago, IL | Jamie L Burns<br>Levenfeld Pearlstein LLC<br>2 N Lasalle St Ste 1300<br>Chicago, IL 60602-3709 |
| CSI Scaffolding Inc.<br>4824 W. Lake Street<br>Chicago, IL 60644-2608 | Chicago Community Loan Fund<br>29 E Madison St #1700<br>Chicago, IL 60602-4404 | Chicago Housing Authority<br>60 E Van Buren St 12th floor<br>Chicago, IL 60605-1200 |
| Chicago Regional Council of Carpenters<br>Pension Fund<br>c/o McJessy Ching & Thompson LLC<br>3759 N Ravenswood #231<br>Chicago, IL 60613-3881 | Chicago Regional Council of Carpenters Ben.<br>Bruce Scalambrino, Scalambrino & Arnolf<br>105 West Madison Street, Suite 1600<br>Chicago, IL 60602-4652 | Chicago Regional Council of Carpenters P<br>c/o McJessy Ching & Thompson, LLC<br>3759 N. Ravenswood, #231<br>Chicago, IL 60613-3881 |
| Chicago Title and Trust Company<br>10 S. LaSalle St., Suite 2750<br>Chicago, IL 60603-1108 | (c)ROSANNE CIAMBRONE<br>70 W MADISON ST STE 3300<br>CHICAGO IL  60602-4243 | City of Chicago<br>Department of Finance - Utility Bill<br>P.O. Box 6330<br>Chicago, IL 60680-6330 |
| City of Chicago - Department of Finance<br>121 N. LaSalle Street<br>P.O. Box 88292<br>Chicago, Illinois 60680-1292 | City of Chicago Department of Finance/Bureau<br>Chicago Dept. Of Law-Bankruptcy<br>121 N La Salle St., Suite 400<br>Chicago, Illinois - IL 60602-1264 | David E Cohen<br>Fisher Cohen Waldman Shapiro, LLP<br>1247 Waukegan Road<br>Suite 100<br>Glenview, IL 60025-3057 |
| Comcast Business<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 | Commonwealth Edison Company<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Cook County Treasurer<br>118 N Clark St Rm 112<br>Chicago, IL 60602-1590 | Jeffrey C Dan<br>Goldstein & McClintock LLLP<br>111 West Washington<br>Suite 1221<br>Chicago, IL 60602-3482 | David DeCelles<br>U.S. Attorney's Office<br>219 South Dearborn Ave., Room 500<br>Chicago, IL 60604-2029 |

| | | |
|---|---|---|
| Shelly A DeRousse<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6679 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Maria A Diakoumakis<br>Dykema Gossett PLLC<br>10 S. Wacker Dr. Suite 2300<br>Chicago, IL 60606-7439 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Dr Leon Finney<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3091 | Dykema Gossett PLLC<br>10 S. Wacker Dr., #2300<br>Chicago, Illinois 60606-7439 |
| East Woodlawn<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3091 | Employ Reports<br>220 Gerry Dr.<br>Wood Dale, Illinois 60191-1129 | Thomas F Falkenberg<br>Falkenberg Ives LLP<br>30 N. LaSalle Street<br>Suite 4020<br>Chicago, IL 60602-2513 |
| Fisher Cohen Waldman Shapiro LLC<br>1247 Waukegan Rd., #100<br>Glenview, IL 60025-3057 | (p)FRANCES GECKER<br>1327 W WASHINGTON BOULEVARD<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | Geraldine Finklea<br>c/o<br>77 W. Washington Street<br>Suite 1113<br>Chicago, IL 60602-3526 |
| Geraldine Finkley<br>c/o Conway Law Office PC<br>77 W. Washington, #1113<br>Chicago, IL 60602-3526 | Glenview Financial Services<br>1247 Waukegan Road, Ste 100<br>Attn Cheryl Giddens<br>Glenview, IL 60025-3057 | Glenview Financial Services, Inc.<br>c/o Allen H. Shapiro<br>1247 Waukegan Road<br>Suite 100<br>Glenview, Illinois 60025-3057 |
| David A. Golin<br>Saul Ewing Arnstein & Lehr LLP<br>161 North Clark Street<br>Suite 4200<br>Chicago, IL 60601-3316 | Richard D. Grossman<br>Richard D Grossman Law Offices<br>211 West Wacker Drive<br>Suite 710<br>Chicago, IL 60606-1385 | (p)HIBU<br>ATTN MELISSA MCCALLIN<br>2201 RENAISSANCE BLVD<br>KING OF PRUSSIA PA 19406-2709 |
| Cynthia B Harris<br>Chicago Housing Authority<br>Office of the General Counsel<br>60 E Van Buren St, 12th Floor<br>Chicago, IL 60605-1200 | Jeffrey W Henning<br>Ziemer, Stayman, Weitzel Shoulders, LL<br>20 NW 1st Street, 9th FLoor<br>Evansville, IN 47708-1201 | David R Herzog<br>Law Offices of David R Herzog<br>53 W Jackson Blvd<br>Ste 1442<br>Chicago, IL 60604-3536 |
| Hyde Park Self Storage, Inc.<br>5155 S. Cottage Grove Dr.<br>Chicago, IL 60615-3610 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | Illinois Bell Telephone Company<br>c/o AT&T Services, Inc.<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue, Bankrupt<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 | Illinois Dept. of Employment Security<br>Benefit Payment Control Division<br>PO BOx 4385<br>Chicago, Illinois 60680-4385 |
| (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Infiniti H.R<br>3905 National Dr., Suite 400<br>Burtonsville, MD 20866-6126 | Insurance Company of the West<br>c/o Law Offices of T. Scott Leo, P.C.<br>1 N. LaSalle St., Ste # 3600<br>Chicago, IL 60602-4015 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | Internal Revenue Service<br>Centralized Insolvency Operation, P.O. B<br>Philadelphia, Pennsylvania 19101-734 | (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |
| Harold D. Israel<br>Levenfeld Pearlstein, LLC<br>2 N. La Salle<br>Suite 1300<br>Chicago, IL 60602-3709 | Jackson Parkside<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3480 | James E Taylor<br>9401 S Forest Ave<br>Chicago, IL 60619-7311 |
| Elizabeth L Janczak<br>Freeborn & Peters LLP<br>311 S. Wacker Drive Suite 3000<br>Chicago, IL 60606-6679 | Kimbark Residental<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3091 | Charles A King<br>Chicago Department of Law<br>121 N Lasalle St<br>Suite 400<br>Chicago, IL 60602-1264 |
| (p)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Ste 1100<br>Chicago, IL 60602-4600 |
| Lakeside Bank<br>Robert Matijevich<br>141 W. Jackson Blvd.<br>Chicago IL 60604-3134 | Laner Muchin<br>515 North State Street<br>Suite 2800<br>Chicago, IL 60654-4688 | Laner Muchin Ltd.<br>Brian Jackson<br>Laner Muchin Ltd.<br>515 North State Str., Suite 2800<br>Chicago, IL 60654-4688 |
| Alan D Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street, Suite 1240<br>Chicago, IL 60603-1207 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Lexington Insurance Co<br>99 High St Floor 24<br>Boston, MA 02110-2320 |
| Lexington Insurance Co.<br>Denenberg Tuffley, Attn: Ryan M. Akers<br>28411 Northwestern Highway<br>Suite 600<br>Southfiled, MI 48034-5531 | Liberty Mutual In.<br>100 Liberty Way<br>Dover, NH 03820-4597 | Local 1 SEIU Health Fund<br>Robert B Greenberg, Esquire<br>200 W Jackson Blvd Suite 720<br>Chicago, IL 60606-6941 |
| Local 1 SEIU Pension Trust Fund<br>Robert B Greenberg, Esquire<br>200 W Jackson Blvd Suite 720<br>Chicago, IL 60606-6941 | Local 1 SEIU Training Fund<br>Robert B Greenberg, Esquire<br>200 W Jackson Blvd Suite 720<br>Chicago, IL 60606-6941 | Local Initiatives Support Corporation<br>Harper Anderson<br>501 Seventh Avenue, 7th Floor<br>New York, NY 10018-5970 |
| Maciorowski, Sackman, Ulrich, LLP<br>105 W. Adams St., #2200<br>Chicago, IL 60603-6217 | Maciorowski, Sackmann and Ulrich LLP<br>105 W. Adams St Suite 2200<br>Chicago, IL 60603-6217 | Metropolitan Apostolic<br>Community Church<br>4100 S King Dr<br>Chicago, IL 60653-2616 |
| (p)MICHAEL F CONWAY<br>ATTN CONWAY LAW OFFICE P C<br>77 WEST WASHINGTON STREET<br>SUITE 1113<br>CHICAGO IL 60602-3526 | Miner, Barnhill & Galland<br>Attn: William Micelli<br>325 N. LaSalle Dr., #350<br>Chicago, IL 60654-6467 | Miner, Barnhill & Galland, P.C.<br>Lisa Wallace, Director of Accounting<br>325 N. LaSalle St., Ste. 350<br>Chicago, IL 60654-6467 |

| | | |
|---|---|---|
| Kevin H Morse<br>Clark Hill PLC<br>130 E. Randolph Street, Suite 3900<br>Chicago, IL 60601-6317 | Municipal Elevator Services<br>c/o Frederick A. Lurie<br>123 N. Wacker, #250<br>Chicago, IL 60606-1912 | My Alarm Center<br>3803 West Chester Pike, Suite 100<br>Newton Square, PA 19073-2334 |
| National Construction Rentals, Inc.<br>P.O. Box 4503<br>Pacoima, CA 91333-4503 | Neal & Leroy<br>20 S. Clark St., #2050<br>Chicago, IL 60603-1820 | Nixon Peabody<br>799 9th Street NW, Suite 500<br>Washington, DC 20001-5327 |
| Nixon Peabody LLP<br>Monica Sussman<br>799 9th Ave NW Suite 500<br>Washington DC 20001-5327 | Official Unsecured Creditors' Committee<br>c/o Crane, Simon, Clar & Dan<br>135 S. LaSalle St., Ste. 3705<br>Chicago, IL 60603-4101 | Proshred Security<br>7700 Graphics Dr.<br>Tinley Park, IL 60477-6228 |
| N. Neville Reid<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison<br>Suite 3000<br>Chicago, IL 60606-3417 | S-COMM SALES<br>814 E 87th St.<br>Chicago, IL 60619-6204 | Bruce C Scalambrino<br>Scalambrino & Arnoff, LLP<br>105 West Madison Street<br>Suite 1600<br>Chicago, IL 60602-4652 |
| Securitas Security<br>150 S Wacker Drive<br>Chicago, IL 60606-4229 | Arthur G Simon<br>Crane, Simon, Clar & Goodman<br>135 S Lasalle St Suite 3950<br>Chicago, IL 60603-4127 | Gregg J Simon<br>Scalambrino Arnoff LLP<br>105 West Madison<br>Suite 1600<br>Chicago, IL 60602-4652 |
| Southside Park Plaza<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3091 | Mario A Sullivan<br>11 East Hubbard<br>Suite 702<br>Chicago, IL 60611-3536 | Mario A Sullivan<br>Johnson & Sullivan, Ltd<br>11 East Hubbard Street<br>Suite 702<br>Chicago, IL 60611-3536 |
| Supreme Technologies Group<br>814 E 87th St.<br>Chicago, IL 60619-6204 | (p)SYNERGY COVERAGE SOLUTIONS<br>ATTN ATTN JULIE PENLAND<br>217 SOUTH TRYON STREET<br>CHARLOTTE NC 28202-3201 | Kenneth M Thomas<br>Fox, Swibel, Levin, Carroll LLP<br>200 W. Madison Ave. Suite 3000<br>Chicago, IL 60606-3417 |
| (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROIT MI 48226-2564 | United Fidelity Bank FSB<br>18 NW Fourth Street<br>Commercial Lending<br>Evansville, IN 47708-1778 | United Fidelity Bank, fsb<br>20 NW 1st Street, 9th Floor<br>Evansville, IN 47708-1201 |
| United Fidelity Bank, fsb as successor in in<br>Jeffrey W. Henning<br>20 NW 1st Street, 9th Floor<br>Evansville, IN 47708-1201 | UnitedHealthcare Insurance Company<br>UHC CDM-ATTN: Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 | STEVE VARHOLA<br>Lyman Law Firm, LLC<br>227 West Monroe Street, Suite 2650<br>Chicago, IL 60606-5081 |
| Vacant Property Security, LLC<br>P.O. Box 1177<br>Bristol, PA 19007-1177 | Steven L Vanderporten<br>Fox Swibel Levin & Carroll, LLP<br>200 W. Madison, 30th Floor<br>Chicago, IL 60606-3417 | Willie F. Woods<br>1033 Elliott Ct.<br>Olympia Fields, IL 60461-1612 |

| | | |
|---|---|---|
| Stephen G Wolfe<br>Office of UST<br>219 S Dearborn Street Room 873<br>Chicago, IL 60604-2027 | Woodlawn Community Development<br>6040 Harper Ave., 1st Floor<br>Chicago, IL 60637-3091 | Woodlawn Housing<br>6040 S Harper Ave 1st fl<br>Chicago, IL 60637-3091 |

World Security Bureau, an Illinois Corporati
c/o Law Offices of Richard D. Grossman
211 West Wacker Drive, Suite 710
Chicago, IL 60606-1385

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Frances Gecker<br>FrankGecker LLP<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago, IL 60607 | HIBU<br>P.O. Box 3162<br>Cedar Rapids, IA 52406-3162 | IPFS Corporation<br>462 South 4th St., #1700<br>Meldinger Tower<br>Louisville, KY 40202-2509 |
| Indiana Department of Revenue<br>100 N Senate Ave N-240 MS 108<br>Indianapolis, IN 46204 | Intuit Quickbooks<br>2700 Coast Ave.<br>Mountain View, CA 94043 | Jeremy C Kleinman<br>FrankGecker LLP<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago, IL 60607 |
| Michael F. Conway<br>77 W Washington Street<br>Suite 1113<br>Chicago, IL 60602 | (d)Michael F. Conway<br>77 W. Washington Street<br>Suite 1113<br>Chicago, IL 60602 | Synergy Coverage Solutions<br>217 South Tryron Street<br>Charlotte, NC 28202 |

US Department of Housing and
Urban Development
451 7th St SW
Washington DC 20410

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Rosanne Ciambrone
3 1st Natl Plaza 70 W Madison #3300
Chicago, IL 60602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)R. Greg Apathy | (u)James Busk | (u)Patrick D Cavanaugh |
| (u)Chicago Housing Authority<br>60 E. Van Buren Street<br>Chicago | (u)Chicago Regional Council of Carpenters Ben<br>12 East Erie Street<br>Chicago | (u)Chicago, IL 60602 |
| (u)Chicago, IL 60611 | (u)Chris Ciannella | (u)City of Chicago |
| (u)Joseph E Cohen | (u)James Compton | (u)DL3 Realty Advisors, LLC |
| (d)Shelly A. DeRousse<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6679 | (d)Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Catalina Diaconu Loraine Torres |
| (u)Duane Morris LLP | (u)Kristin Finney-Cooke | (d)Glenview Financial Services<br>1247 Waukegan Road, Suite 100<br>Attn: Cheryl Giddens<br>Glenview, IL 60025-3057 |
| (u)Glenview Financial Services, Inc. | (u)Poonam Gupta-Kirshnan | (u)Harrison & Held LLP |
| (u)High Ridge Partners LLC | (du)High Ridge Partners, LLC | (u)Daniel J Hyman |
| (u)Daniel J Hyman<br>Millennium Properties Inc | (du)Daniel J Hyman<br>Millennium Properties Inc | (u)Internal Revenue Service |
| (d)Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | (u)Leon Jackson | (u)Elizabeth L. Janczak |

| | | |
|---|---|---|
| (u)MOARIJ KHAN | (u)KMA BODILLY CPAs & CONSULTANTS S.C. | (d)Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |
| (u)LM Insurance Corporation<br>c/o The CKB Firm<br>30 N. LaSalle St., #1520 | (u)Lakeside Bank | (u)Levenfeld Pearlstein LLC |
| (u)Local Initiatives Support Corporation | (u)Marcus & Millichap Real Estate Broker and | (u)Millennium Properties Real Estate |
| (u)Miner, Barnhill & Galland, P.C. | (u)Clarence Nixon | (u)Christopher Scanlan |
| (u)Robert Starks | (u)Jonathan Strouse | (u)University of Chicago, an Illinois not-for |
| (u)World Security Bureau | End of Label Matrix<br>Mailable recipients   123<br>Bypassed recipients    46<br>Total                  169 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODLAWN COMMUNITY DEVELOPMENT CORP., | ) Case No. 18-29862 |
| | ) |
| | ) Honorable Donald R. Cassling |
| Debtor. | ) |
| | ) |

**MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN ADVERSARY DEFENDANTS PURSUANT TO BANKRUPTCY RULE 9019(A)**

Gina B. Krol, not individually but solely as chapter 11 Trustee (the "Trustee") of Woodlawn Community Development Corporation (the "Debtor"), hereby files this motion (the "Motion") for entry of an order: approving the settlement agreement (the "Settlement Agreement," attached hereto as Exhibit A) between the Trustee and the following adversary defendants: Dr. Clarence Nixon, Jr., James Compton, Kristin Finney-Cooke ("Cooke"), Poonam Gupta-Kirshnan, Robert Starks and Leon Jackson (collectively, the "Defendants," and collectively with the Trustee, the "Settlement Parties"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  In support of the Motion, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**BACKGROUND**

3. On October 24, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

4. On March 6, 2019, the Trustee was appointed as trustee pursuant to the *Order Approving Appointment of Chapter 11 Trustee* [Docket 165].

A. **The D&O Litigation and Trustee Claims**

5. On October 23, 2020, the Trustee filed a lawsuit captioned *Gina B. Krol, the duly appointed and serving Chapter 11 Trustee for the estate of Woodlawn Community Development Corp. v. Leon Finney, Jr., et al.*, in the Court as adversary proceeding number 20-ap-00381 (the "Adversary Proceeding"). On April 5, 2021, the Trustee filed the *First Amended Complaint* (the "Amended Complaint") as Chapter 11 Trustee for the estate of the Debtor and on behalf of Anchor House L.P. ("Anchor House") against the Defendants, among others.

6. Each of the Defendants served on the board of directors of the Debtor. In the Adversary Proceeding, the Trustee sought entry of a judgment: (i) against certain defendants for breach of their fiduciary duties of care related to the operation of the Debtor; (ii) against Leon Finney Jr. and the personal representative of the estate of Leon Finney, Jr. for breach of Finney, Jr.'s duties of loyalty and care related to the operation of the Debtor; and (iii) against Leon Finney Jr., the personal representative of the estate of Leon Finney, Jr. and Carole Millison for breach of duty of care owed to the Debtor related to the operation of Anchor House (collectively, the "Trustee Claim").

B. **The Defendants' Claims**

7. On November 30, 2020, the Defendants filed a *Contingent Request for Payment of Administrative Expense in the Bankruptcy Case* [Docket No. 518], asserting that they may

2

have defenses and/or counterclaims against the Debtor's estate that may give rise to administrative claims against the Debtor's estate and/or the Trustee in an amount that may exceed $2,000,000.00 (the "Administrative Claim").

**C.     The Settlement Agreement**

8.     The Settlement Parties have negotiated in good faith and have agreed to settle all amounts related to the Trustee Claim and the Administrative Claim pursuant to the following terms set forth in the Settlement Agreement:

### i.     Cash Consideration

9.     The Defendants will pay the Trustee $40,000.00 (the "Settlement Amount"). Settlement Agreement at ¶ 2. In the event that Debtor's estate is solvent after all claims have been paid in the full amount of such claims (including interest if required under the Bankruptcy Code), then the Trustee shall refund to the Defendants any portion of the surplus estate up to the amount of the Settlement Amount. Id. at ¶ 3.

### ii.    Non-Cash Consideration

10.    The Settlement Parties will give each other mutual general releases, including waiver of the Administrative Claim. Settlement Agreement at ¶ 4, 11, 12.

11.    Defendants shall cooperate with and assist the Trustee in her administration of the Debtor's estate, liquidation of assets of the estate, and her investigation of any other claims owned by or related to the Debtor. Id. at ¶ 6. For example, Defendant Cooke agrees to cooperate with respect to the sale of property owned by South Park Plaza, L.P. ("SPP"). On October 14, 2021, the Trustee filed her *Motion for Order (A) Authorizing the Trustee to Cause the Sale of Real and Personal Property Pursuant to Section 363(b) of the Bankruptcy Code; (B) Approving the Form and Manner of the Notice of the Sale and (C) Granting Related Relief*

3

[Docket No. 617] (the "Sale Motion"), seeking to cause the sale of certain real properties located at, among other locations, South Park Plaza, 2600 S. King Drive, Chicago, Illinois (collectively and as further described in the Sale Motion, the "Property").

12. Specifically, Cooke, as a member of the Board of Directors of South Park Plaza, Inc. ("GP"), general partner of SPP, and Fox Swibel Levin & Carroll LLP ("FSLC"), as counsel to the GP Board of Directors, agreed to cooperate and assist the Trustee in the sale of the assets of SPP, including execution of board resolutions and other documents that may be necessary to effectuate the closing of the sale of the Property. Settlement Agreement at ¶ 6(a), 6(d).

13. Finally, in connection with the Settlement Agreement, Defendant Cooke assigned all of her right, title, and interest, in the estate of Leon Finney, Jr. Id. at ¶ 5.

14. The Trustee agrees that the foregoing non-cash consideration constitutes material value to the Debtor's estate.

### iii. Contingent Cash Payment

15. If the sale of the Property does not close, the Trustee agrees that she will not object to any fees sought by FSLC from the Debtor's estate for legal services and fees related to the sale of the Property; provided that such fees are $20,000.00 or less, subject to certain conditions set forth in the Settlement Agreement. Id. at ¶ 6(b).[1]

### RELIEF REQUESTED

16. By this Motion, Trustee respectfully requests the entry of an order: (i) approving the Settlement Agreement pursuant to Bankruptcy Rule 9019 and (ii) limiting notice.

---

[1] FSLC's fees and expenses will otherwise be paid from the sale proceeds at the closing of the sale of the Property.

4

## BASIS FOR RELIEF

17. Pursuant to Bankruptcy Rule 9019(a), "[o]n motion by the Trustee and after notice and a hearing, the court may approve a compromise or settlement." Settlements are favored in bankruptcy, particularly when they reduce administrative costs and expedite administration of the estate. See Fogel v. Zell, 221 F.3d 955, 960 (7th Cir. 2000). Such settlements should be approved by the Court if they are in the best interest of a debtor's bankruptcy estate. See, e.g., In re Energy Coop., Inc., 886 F.2d 921, 927 (7th Cir. 1989); In re Griffen Trading Co., 270 B.R. 883,903 (Bankr. N.D. Ill), aff'd, 270 B.R. 905 (N.D. Ill. 2001) (citing In re American Reserve Corp., 841 F.2d 159, 161 (7th Cir. 1987)).

18. In evaluating the proposed settlement, the Court should weigh the probable costs and benefits of litigation in the absence of settlement, considering "the litigation's probability of success, the litigation's complexity, and the litigation's attendant expense, inconvenience, and delay (including the possibility that disapproving the settlement will cause wasting of assets)." Energy Coop., Inc., 886 F.2d at 927.

19. The Trustee and the Defendants have carefully considered the risks and potential costs and benefits associated with litigation and engaged in arms-length settlement discussions. As set forth below, the Trustee has determined that the proposed Settlement Agreement is in the best interests of the bankruptcy estate.

20. Once a valid business justification is established, the business judgment rule "is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action was taken in the best interests of the company." In re S.N.A. Nut Company, 186 B.R. 98, 102 (Bankr. N.D. Ill. 1995) (citing Smith v. Van Gorkom, 488 A.2d 858, 872 (Del. 1985)); Integrated Resources, 147 B.R. at

5

656. Therefore, the relief requested in this Motion should be granted if the Trustee demonstrates a sound business justification for the request.  See Schipper, 933 F.2d at 515; In re Lionel Corp., 722 F.2d at 1071.

21. The settlement will result in the resolution of the Administrative Claim, which Defendants have claimed is potentially worth over $2,000,000.00.  Moreover, the Trustee has considered the value of the $40,000.00 cash and the material non-cash consideration, in addition to the cost of litigating the estate's claims.  In so doing, the Trustee has determined that the proposed settlement is reasonable under the circumstances.

22. Further, the Trustee believes that there is a sound business justification for the Settlement Agreement.  Approval of the Settlement Agreement will (i) resolve the D&O Litigation insofar as the Defendants are concerned (one of the few remaining pending matters)[2] and the Administrative Claim, (ii) facilitate the proposed sale of SPP and (iii) accelerate the Debtor's exit from chapter 11.  Thus, the Settlement Agreement should be approved.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Only the claims against the estates of the deceased defendants Finney and Millison will remain.

**WHEREFORE**, Trustee respectfully requests that the Court enter an order: (i) approving the proposed Settlement Agreement between the Settlement Parties pursuant to Bankruptcy Rule 9019(a); and (ii) granting such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 12, 2021 | **GINA B. KROL, not individually but solely as Chapter 11 Trustee of the estate of Woodlawn Community Development Corporation** |
| | By: /s/ Shelly A. DeRousse<br>    One of Her Attorneys |
| | Shelly A. DeRousse, Esq.<br>Elizabeth L. Janczak, Esq.<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-6677<br>Telephone: 312.360.6000<br>Facsimile: 312.360.6520<br>sderousse@freeborn.com<br>ejanczak@freeborn.com |